# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ENVEN ENERGY VENTURES, LLC** | **CIVIL ACTION NO. 6:17-CV-01573** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEMINI INSURANCE COMPANY** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

In a report and recommendation, the Magistrate Judge concluded that the court lacks subject-matter jurisdiction over this action and recommended that it be dismissed. (Rec. Doc. 31). The plaintiff, EnVen Ventures, LLC, objected to the report and recommendation. (Rec. Doc. 32). In the related case, styled *Batiste v. Pharma-Safe Industrial Service, Inc., et al.*, bearing Civil Action No. 6:16-cv-00813 on the court's docket, the court granted leave for the filing of a third-party demand by EnVen Ventures, LLC against Gemini Insurance Company, asserting the same claim that was asserted in this lawsuit. Accordingly, based upon leave being granted for EnVen Ventures, LLC to file its third-party action against Gemini Insurance Company in Civil Action No. 6:16-cv-00813 pending in this Court, and without objection from either EnVen Energy Ventures, LLC or Gemini Insurance Company,

**IT IS ORDERED** that Gemini Insurance Company's Motion to Change Venue [Doc. No. 10] is **DENIED AS MOOT**; and

**IT IS FUTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Signed at Monroe, Louisiana on this 28th day of June, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**